# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KELLY, | CASE NO. 1:13-cv-00132-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST PRIOR TO FILING SUIT |
| v. | |
| WASCO STATE PRISON, et al., | (Docs. 1 and 11) |
| Defendants. | |
| _____/ | |

Plaintiff Kevin Kelly, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 21, 2012, in the Northern District of California. The action was transferred to the Eastern District of California on January 25, 2013.

Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prisoners are required to exhaust the available administrative remedies prior to filing suit. *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1199-1201 (9th Cir. 2002). Exhaustion is required regardless of the relief sought by the prisoner and regardless of the relief offered by the process, *Booth v. Churner*, 532 U.S. 731, 741, 121 S.Ct. 1819 (2001), and the exhaustion requirement applies to all suits relating to prison life, *Porter v. Nussle*, 435 U.S. 516, 532, 122 S.Ct. 983 (2002).

///

///

1  In his complaint, Plaintiff alleges that he filed an inmate appeal but the process has not been
2  completed. Thus, it appears that Plaintiff filed suit prematurely, without first exhausting his medical
3  care claims.
4  On March 28, 2013, the Court provided Plaintiff with the opportunity to show cause why this
5  action should not be dismissed, without prejudice, for failure to exhaust prior to filing suit. *Wyatt*
6  *v. Terhune*, 315 F.3d 1108, 1120 (9th Cir. 2003) ("A prisoner's concession to nonexhaustion is a
7  valid grounds for dismissal. . . ."). The deadline to respond has expired and Plaintiff has not
8  complied with or otherwise responded to the order.
9  Accordingly, this action is HEREBY ORDERED DISMISSED, without prejudice, for failure
10 to exhaust prior to filing suit.

IT IS SO ORDERED.

**Dated:   May 31, 2013**           /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE